AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

TYSHAUN MAURICE MCCOLLUM

RECEIVED DEC 21 2021 U.S. Marshals Service, EDNC

**SEALED WARRANT FOR ARREST**

CRIMINAL CASE: 5:21-CR-00447-1M(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**TYSHAUN MAURICE MCCOLLUM** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment ____ Criminal Information ____ Complaint

____ Order of Court: ____ Violation Notice ____ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

DECEMBER 20, 2021 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Raleigh, NC |

| DATE RECEIVED 12/21/21 | NAME AND TITLE OF ARRESTING OFFICER (On Behalf) FBI Pete Mines | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 1/11/22 | | |

FILED
JAN 11 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:21-cr-00447-M   Document 12   Filed 01/11/22   Page 1 of 1